FILED
2020 Oct-07 PM 03:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| ILYAS ALI,<br><br>     Petitioner,<br><br>v.<br><br>WILLIAM BARR,<br><br>     Respondent. | )<br>)<br>)<br>)<br>)  Civil Action Number<br>)  **4:20-cv-00363-AKK-JHE**<br>)<br>)<br>)<br>)<br>) |

## MEMORANDUM OPINION

The magistrate judge filed a report on November 18, 2020, recommending that Ilyas Ali's petition for writ of habeas corpus under 28 U.S.C. § 2241 be dismissed as moot. Doc. 17. Although petitioner was advised of his right to file specific objections within fourteen days, no objections have been received by the court. Having carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court concludes that the magistrate judge's Report and Recommendation is due to be adopted. The court will enter a separate order.

**DONE** the 7th day of October, 2020.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE